STUART C. PLUNKETT (CA SBN 187971)
SPlunkett@mofo.com
REBECCA KRUSE (CA SBN 209092)
RKruse@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

KARI E. HONG (CA SBN 220252)
kari@honglawfirm.com
Law Offices of Kari E. Hong
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: 415.606.1339
Facsimile: 510.228.0344

Attorneys for Plaintiff
WILSON JEAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILSON JEAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acing Director, California Service Center of the U.S. Citizenship and Immigration Services; DAVID N. STILL, Director, San Francisco District Office of the U.S. Citizenship and Immigration Services<br><br>Defendants. | Case No. C 06-6919 (SC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>The Honorable Samuel Conti<br>Complaint Filed: November 6, 2006<br>Trial Date: None Set |

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. 06-6919 (SC)
sf-2258489

This Stipulation is made with reference to the following facts:

1. The parties are currently discussing settlement of the dispute in this action.

2. In light of these settlement discussions, the parties believe that judicial and party resources would be best served by continuing the Case Management Conference and preceding Rule 26 obligations.

3. Accordingly, the parties, through their respective attorneys of record, stipulate as follows:

The Case Management Conference, currently set for February 16, 2007 at 10:00 a.m., may be continued to March 16, 2007 at 10:00 a.m.

Dated: January 23, 2007

STUART C. PLUNKETT
REBECCA KRUSE
MORRISON & FOERSTER LLP

KARI HONG
LAW OFFICES OF KARI E. HONG

By: _____/s/_____
Rebecca Kruse

Attorneys for Plaintiff

Dated: January 23, 2007

KEVIN V. RYAN
JOANN M. SWANSON
ILA C. DEISS
UNITED STATES ATTORNEY

By: _____/s/_____
Ila C. Deiss

Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/
Rebecca Kruse

\* \* \* \* \* \* \* \* \* \*

### ORDER

IT IS SO ORDERED that

1. The Case Management Conference currently scheduled for February 16, 2007 is continued to March 16, 2007 at 10:00 a.m.

Dated: 1/24/07

IT IS SO ORDERED
Judge Samuel Conti

_____ District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
CASE NO. 06-6919 (SC)
sf-2258489

2