1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  WILSON JEAN,                         )
                                         )  No. C 06-6919 SC
13                 Plaintiff,            )
                                         )
14            v.                         )  **STIPULATION TO DISMISS; AND**
                                         )  **[PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary,         )
    Department of Homeland Security;     )
16  EMILIO T. GONZALEZ, Director, United States )
    Citizenship and Immigration Services; )
17  CHRISTINA POULOS, Acting Director,   )
    California Service Center of the U.S. Citizenship )
18  and Immigration Services;            )
    DAVID N. STILL, Director, San Francisco )
19  District Office of the U.S. Citizenship and )
    Immigration Services,                )
20                                       )
                   Defendants.           )
21  _____)

22       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24  action without prejudice in light of the fact that the United States Citizenship and Immigration

25  Services has agreed to grant Plaintiff's application for naturalization and agrees to do so within 30

26  days of the dismissal of this action.

27       Each of the parties shall bear their own costs and fees.

28  ///

    Stip. of Dismissal
    C06-6919 SC                              1

1  Dated: January 26, 2007                          Respectfully submitted,

2                                                    KEVIN V. RYAN
                                                     United States Attorney
3

4                                                    _____/s/_____
                                                     ILA C. DEISS
5                                                    Assistant United States Attorney
                                                     Attorneys for Defendants
6

7

8
   Dated: January 26, 2007                           _____/s/_____
9                                                    STUART C. PLUNKETT
                                                     REBECCA KRUSE
10                                                   MORRISON & FOERSTER, LLP

11                                                   KARI HONG
                                                     LAW OFFICES OF KARI E. HONG
12
                                                     Attorneys for Plaintiff
13

14

15
                                    **ORDER**
16
        Pursuant to stipulation, IT IS SO ORDERED.
17

18

19  Date:    2/5/07

20

21

22

23

24

25

26

27

28

   Stip. of Dismissal
   C06-6919 SC                           2